UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE P. OLIVIER,<br><br>          Plaintiff,<br><br>   v.<br><br>LEROY BACA,<br><br>          Defendant. | No. CV 08-7169-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected and Defendant's response to Plaintiff's objections. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting Defendant's motion for summary judgment and dismissing this action with prejudice.

DATED: 7/18/13

JOHN F. WALTER
United States District Judge