UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE P. OLIVIER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEROY BACA,<br><br>　　　　　Defendant. | No. CV 08-7169-JFW (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that Defendant's motion for summary judgment is granted and Judgment is entered in favor of Defendant.

DATED: 7/18/13

JOHN F. WALTER
United States District Judge